**FILED**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMIA

JUN 2 2 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Leave to file without
Prepayment of Cost **GRANTED**

*[signature]*

ALI ABDULMOTALIB AWEID HASSAN ALTAIY
Camp Delta
Washington, D.C. 20355

        Petitioner

        v.

GEORGE W. BUSH, President of
the United States

DONALD RUMSFELD, Secretary,
United States Department of Defense

JAY HOOD, Army Brigadier General,
Commander, Joint Task Force-GTMO

MICHAEL I. BUMGARNER, Army
Colonel, Commander, Joint Detention
Operations Group-JTF-GTMO

        Respondents

Civil Action No.

CASE NUMBER  1:05CV01240

JUDGE: Royce C. Lamberth

DECK TYPE: Habeas Corpus/2255

DATE STAMP: 06/22/2005

## PETITION FOR WRIT OF HABEAS CORPUS

GUAN-2005-T02054

Sender
Name: ALI ABDULMOTALIB AWEID HASSAN ALTAIY
Address: GTMO
Relationship to Addressee:

Addressee
Name: United States Court for the District of Columbia
Address: 333 Constitution Avenue NW
City: Washington, DC
Zip Code: 20001
Country: USA
Relationship to Sender:

Text:

In the name of God the Merciful the Compassionate

Mr. Civilian Judge
Through the writ of habeas corpus
I ask for your help, sir, in reviewing my case after the military court issued its ruling of enemy combatant. That was three months ago and up until now no personal representative has come to meet me. I have sent a request for him more than once and he has not come and especially about the question of the interrogations. For they accuse me of dangerous accusations without looking at my situation as a homeless Iraqi and they put me in a difficult situation. I am threatened by the new Iraqi government and false accusations and also from the majority of the prisoners (TN: I am threatened) with death. My family and the Red Cross know this and I cannot defend myself against these accusations. Therefore, I ask you to send me a lawyer to discuss my situation directly with me and you will learn that I truly need a lawyer, because the truth is something that is hidden from the investigation and the interrogators play a silly game with me (killing time). My situation is very hard and I have sent more than one letter to you and you have not responded to it. And my family (page 2) is from the poor class and it is difficult for them to hire a lawyer. And because of my nature, I cannot represent myself in front of the military court. Even if I told them so, none of them will listen to you. And I do not want to return to Iraq because there is no difference between the interrogator and the government and all of it is a legal whirlpool and false accusations. And I opposed my presence here in this prison for it is illegal imprisonment and oppressive and this is the truth.
The name: ALI ABDULMOTALIB AWEID HASSAN ALTAIY
Nationality: Arab / Language: Arabic
Nation and birthday: Iraq / Baghdad / 2 OCT 1974
Address: Camp xxx/ GTMO
Number: ISN xxx

**FILED**

JUN 2 2 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

05 1240

Date: 24 APR 2005

ALI ABDULMOTALIB