بسم الله الرحمن الرحيم

السيد القاضي المدني ...
وبواسطة الـ ... رت اف هيبيس كوربس

أرجو من سيادتكم مساعدتي والنظر في قضيتي بعد أن مرت المحكمة العسكرية حكمها بـ مقاتل عدو، وكان هذا قبل ثلاث أشهر ولحد الآن لم يأتي الممثل الشخصي لمقابلتي وبعثت في طلبه أكثر من مرة ولم يحضر ونجوم موضوع التحقيق منهم يتهموني أنا مليات منفجرة وبيروت النظرالى كوني عراقي متشرد وبيدعوني في موقت معي وأنا هذه من قبل الحكومة العراقية الجديدة واتهمامات باطلة وكذلك من قبل أغلب السجان بقتل وعائلتي والصليب الأحمر يعلم بهذا الشيء ولا أستطيع الدفاع عن نفسي أما هذه التهم ولهذا أرجو منكم أرسال محامي لمناقشته ومعي مباشرة معي وسوف نحلفون بكتبي مثلا أحتاج المحامي لأن الحقيقة شيء مخفي من قبل التحقيق، وعلمه أن المحقق يلعب معي لعبة سخيفه (قتل الوقت) وعائلتي بعيدة جداً، ولقد بعثت لكم أكثر من رسالة ولم تجيبون عليها وتكون عائلتي

من الطبقة الفقيرة ويصعب عليهم دفع حلمي ولكوني لا أستطيع أن أمثل نفسي أمام المحكمة العسكرية التي متى وأين قلت فلن يسمح لك أحد وأنا لا أريد الرجوع الى العراق لأن ليس هنالك فرقا بين المحقق والحكومة وكلها دوامة قانونية وتهم باطلة وأنا أعترض على وجودي هنا في السجن وهو سجن ليس قانوني ظالم وباطل وهذه هي الحقيقة.

الأسم / علي عبد المطلب عويد حسن الدليمي

القومية / عربي / اللغة / العربي

البلد والميلاد / العراق / بغداد / ٤/١٠/ ١٩٧٤

العنوان / معسكر أيكو / جيتمو /

الرقم / Isn / ١١١

التاريخ / ٢٤/٤/٢٠٠٥

علي عبدالمطلب