GUAN-2005-T-1965

In the Name of Allah, the Compassionate, the Merciful
To the honor of civilian judge:

This is the second letter, which is now between your hands, hoping from you to take a look to my case, and that is after the military court considering me as enemy combatant. I have objective for that to your honor, and because I am from a poor family financially, especially of the current circumstances in Iraq, it will be hard for my family to give me hand, while my situation is very bad.
I am hoping from you and it is necessary to send me a lawyer to explain to him my situation and what I am facing, and I'll explain to him everything has relation to my case and my present situation, especially I being threaten by murdering from many of the detainees, which they are Arabs, especially they had swear to kill me along with my family and they mean it.
My condition is very bad also my situation with the interrogator, which he doesn't give any answering to my present situation, and he is claming against me some accusation, which will lead me to the death penalty.
In spite of this I am still in unstable situation and refusing to return to Iraq. And the lawyer will know this matter if he will meet me, but my belonging file does not have the truth, which I am going through.
I am hoping from your honor to help me before it is too late, as you are the representative of (writ of Habeas Corpus).
I am facing stupid and false accusations, which will lead me to dangerous condition, and if the lawyer come, he will see that I am more truthful than the others, which they already got released, and this is truth.
Also I would like to inform you with something, that I never was enemy to United States or to its Alliances and I never will be.

       With all my respect to your honors

Detainee:  Ali Abdul Motalib Aweid Hassan Altaiy

GUAN-2005-T02095

In the Name of Allah, the compassionate, the merciful

To the respectable civilian judge: this is the second letter, which is in your hand now. Hopping that you look further into my matter, especially after the military court has issued a ruling stating I'm an enemy combatant. I protest this dear sir, which is because I come from an impoverished family and taking into account the current situation in Iraq; this would put such strain on my family as far as providing any help for me. I'm facing extremely difficult circumstances. I would like from you to provide me with a lawyer to explain to him my situation. And my explanation to the lawyer will be about every thing that conceder my matters and my situation right now. Especially I am threatening to be killing bye many of detainees from Arabs, especially they promise to kill my family, and me they mean by that. And I am in the very hard situations and also with my interaction that who don't give me any answer to my present situations. And recall the investigator against me with accusations that will lead me to execution. All this and I am in the bad situation and refused to go back to Iraq. The lawyer will know about that if he meets me for this matter, but the file that is belongs to me dose not tell the true situation I am going through, I hope from you Sir: To help me before time run out, because you concedes the representation of the (unintelligible). I am facing stupid accusation and illogical one lead to the danger situation. If the lawyer comes he will find out that in my file I am right more than rest of those that get out and this is the truth. And I like to let you know that I was not the enemy to the United State of America or to their alliance's ever and I will never be.

For you Sir: I give the best respect.

Detainee: A Ali Abdul Motalib Aweid Hassan Altaiy

GUAN-2005-T02287

In the name of Allah the Compassionate the Merciful

Dear Respected Judge:
Concerning: Writ of Habeas Corpus

I am submitting my question to you in your capacity as a civil judge. And I am hoping that you will look into my case and the legality of my detention by the US Army. I've been detained for three and a half years and after the interrogation that was continuous from the beginning until the previous military tribunal. And the tribunal decided to label me as an enemy combatant and I object to this because the tribunal didn't take all aspects of the case into consideration. Indeed it had but (one goal) and that was to name me an enemy combatant. And that was four months ago, approximately January 2005. And after that the personal representative didn't come to see me. And I don't know the reason for this because he promised me before the tribunal that he would discuss the matter of the case. And after the tribunal I sent more than 20 requests (to see him) without any response. And even the interrogator who is leaving me without any visits except for one hour every month and a half or more – and this is without any meaning and likewise I've requested continuously for the interrogator to come to me, but to no avail. And what I hope from you gentlemen is to agree to my request since I am unable to represent myself in front of the court – and this is something that is not useful for anything because I am not a soldier and not an American and not a lawyer. And without knowledge of the laws it will be difficult to defend myself because I am from a poor family who can't afford to hire a lawyer. I ask you to assist me – and reading the file isn't enough – I hope that your lawyers or the Red Cross lawyers, if there is such a thing, will interview me personally to clarify everything to the lawyers and to explain the matters to you gentlemen. And likewise I am threatened by the new Iraqi government, for no reason, via the previous interrogator Becky and a person named Steve who came from Iraq. And he brought with him some stupid things (stupid in the full meaning of the word) and an attempt to put me in front of the international court and he says, "Maybe the new government will torture you or kill you because they want something besides the truth." But they want the false truth that they produce and I don't have any means of defending myself against them and their accusations. And these things might be hidden outside of the interrogation file. And likewise my family and I are threatened with death by many of the influential prisoners, Arab and non-Arab. And my interrogators and the International Red Cross know the reason for this matter one by one. But my situation has become more dangerous than before because many of the prisoners left the prison - and this means that my matter has gotten most extreme and it is known by you and even the Taliban and others besides them. And I strongly refuse to return to Iraq or any Arabic country and the situation is difficult. You helped many of the rich prisoners, and I don't know the reason, but I don't have the money and likewise I was brokenhearted, one of the victims of the hunger and the wars and the laws which are nothing but a pressure on the (head) of one who doesn't have any substance or money.

And I am patiently and longingly awaiting your response to my request.
And I thank you respected gentlemen.

Detainee: Ali Abdul Motalib Aweid Hassan Altaiy