GUAN-2005-T 01965    GUAN-2005-T 02095

بسم الله الرحمن الرحيم

حضرت القاضي المنحي المحترم

هذه الرسالة الثانية التي بين يديكم الآن راجياً منكم النظر في قضيتي وذلك بعد إصدار الحكم من المحكمة العسكرية بأنني مقاتل عدو وأنا أعترض على هذا أمام سيادتكم وكوني من عائلة فقيرة مادياً وهو مع الوضع الحالي في العراق سيصعب عليهم عائلتي على تقديم المساعدة لي وأنا بوضع صعب جداً وأرجو منكم أرسال محامي لي فوراً لكي أشرح له ما أنا فيه من مشكلة وسيكون شرطي للمحامي حول كل شيء ولم تقضيتي ووضعي كذلك وهم بما أنني مهدد بالقتل من قبل الكثير من السجاء الذين هم من العرب تماماً وقد أقسموا على قتلي وعائلتي معنيين بهذا وأنا بحالة صعبة جداً وكذلك مع المحقق الذي لا يعطيني أي أجابة على وضعي

الحاكم وأدعاء المحققين ذوي جنسهم ستقودني الى الاعدام وكل هذا وأنا بوضوح وارفض العودة الى العراق وقد يعلم المحامي لو قابلني بهذا الأمر ولكن الملف الخاص بي ليس فيه حقيقة الأمر الذي أمر به وأرجومن سيادتكم مساعدتي قبل فوات الاوان باعتباركم تمثلون الـ ـ ـ ـ رب اف هيبييست كورنست

فسيادتكم واجب اتهامات سخيفة وباطلة وقدودي بي الى الحلال الحنظل وملفي لو جاء المحامي سيجد ايه اقامت الباقين الذين مرجو وهذه حقيقة وأود أعلامكم بنني لم أكن عدواً للولايات المتحدة الأمريكية او حلفائها أبداً ولن أكون كذلك.

وسيادتكم كامل الأحترام

RECEIVED
JUN 0 2 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

full name ALI ABDEL MOTALEB AWEID

Nationality IRAK

Date of birth 1994 BAGhDAD

Isn (111) Camp Echo

Echo (11) 7A

[signature]

12.4.2005

RECEIVED
JUN 2 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

بسم الله الرحمن الرحيم

سعادة القاضي المحترم

وعدتموني أن توصل أقوالي هيبيس كوربس

أنا أبعث برجائي لكم وبكونكم قاضي مدني راجياً منكم

النظر في قضيتي قانونياً اعتبارياً من قبل الجيش USA

وقد مضى لي ثلاث سنوات ونصف في الحبس وبعد التحقيق الذي

كان يستمر منذ بداية القضية بحث موعد المحكمة العسكرية السابقة وقد

قررت المحكمة أن يطلق علي لقب مقاتل عدو وأنا اعترض على هذا

لكن المحكمة لم تأخذ بجميع محاور القضية بل بشئ واحد وهو

أنني مقاتل عدو وكان ذلك قبل أربع شهور أي في

١١/٥/٢٠٠٤ تقريباً وبعدها لم يحظ الممثل الشخصي لمقابلتي

ولا أعرف السبب لعدة أشهر يعني هو قبل المحكمة يناقشني

بنقاشتي مع أمر القضية وبعد المحكمة ولقد بعثت بطلب الكذب

عبر/ورق بروت جوابات واحتج المحقق الذي يترجم لي بروت

أني زيارة سوف ساهم واحضرت كل شئ وذهب أنا لكن وهذا

بدون أي معنى وكذلك اليك المتواصل يقدم المحقق ولك بدون جدول وما أرجوه من سيادتكم الموافقة على طلبي لكونه لا يستطيع تمثيل نفسه أمام المحكمة وهذا الشيء غير بالعربي لكوني لست عسكري ولا من أمريكي ولست رجل قانون بدون موقت القانون سيكون معي الدفاع عن النفس وكوني من عائلة فقيرة يجب عليها توكيل حامي أبداً أحتكم بمبادرتي وليس الحث وولادة هو الشي الذي أرجوكم من محاميكم أو محامي المجلس أنت وعد أن تكون مقابلة معي شخصياً لتوضيح كل شي الى محاميكم وشرح الأمور لسيادتكم وكذلك أني مهدد من قبل الحكومة العراقية الجديدة تو بيروت بسبب عن طريق المحققين السابق وأسمعها أهالي/ وتشخصها من الواح بيعنا /ستيف/ يجعل

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT
JUN 02 2005
RECEIVED

بعض الحكمة ومحاولة ومعي أمام النيابة العامة ممكن الحكومة الجديدة تعتقل او تقتنع لأنهم يريدون غير الحقيقة ولاكن يريدون ما يعملو هم من حقيقة بالحلف

وأنا أملك وحسب الدفاع عن نفسي وأتهامكم وهذه الأشياء معدة أن تكون مخفية خارج الملف التحقيقي / وكذلك يوجد مهدد بالقتل وعائلتي من قبل الكثير من السجناء العرب وغيرهم أصحاب النفوذ وكل ذلك بسبب المحققين والطبيب الأمريكي يعرف بهذا الأمر أول ب أول ولكن وضعي أصبح أكثر خطورة من السابق لأن الكثير من السجناء غادروا السجن وهذا يعني أن أمري وصل الى أبعد من إذا كان معلوم لديكم أو حتى بين جماعة الطالبان وغيرهم وأنا رغما عني بتثبيت العودة إلى العراق أو أي بلد عربي والحالة صعبة وأنتم قمتم بمساعدة السجناء الأخيار ولا أعرف السبب ولكني لا أملك المال ولذلك كنت مبتلى وضحية من ضحايا الجوع والحروب والقانون الذكي ليس لديه سوى الضغط على الشخص الذي لا يملك المادة أو الأموال. وأنا أنتظر ردكم بكل صبر وشوق على طلبي وشكراً لسيادتكم المحترم

Name Ali Abdul moTalib aweid Al Taiy

Date and Place of Birth Baghdad IRAK
2-10-1974

Name of camp Echo - 11 - 7A

I s n - ( 111 )

الاسم / علي عبد المطلب عويد الطائي

مكان وتاريخ الولادة ــ العراق / بغداد / ٢/١٠/١٩٧٤

اسم المعتقل / ايكو (١١) (7A)

رقم المحتجز / ( 111 )

28.4.2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT
RECEIVED JUN 28 2005