UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ALI ABDULMOTALIB AWEID
HASSAN ALTAIY
        Petitioner

  v.                                       Civil Action No. 05-1240
                                              (RJL)

GEORGE W. BUSH, et al.
        Respondents

<u>MOTION FOR APPOINTMENT OF COUNSEL</u>

cc:    Preeya M. Noronha
        U.S. Department of Justice
        20 Massachusetts Ave., N.W.
        Room 7226
        Washington, D.C. 20530

| Type: | OUTGOING | Format: | LETTER | | |
|---|---|---|---|---|---|
| Letter Number: | GUAN-2005-T04116 | ISN: JJJ | | | |
| Date Translated: | 20050823 | Letter's Date | 20050808 | | |
| Sender's Name: | AL TAYEE, ALI ABDUL MOTALIB OWAYD HASEN | | | | |
| Addressee: | UNITES STATES DISTRICT OF COLUMBIA | | | | |
| Address: | 333 CONSTITUTION AVE NUE N.W. | | | | |
| City/Zip code: | WASHINGTON | Country: | DC, USA 20001 | | |
| Language: | ARABIC | Family: | Yes | Linguist Code: | 102 |

In the name of Allah, the most compassionate, the most merciful,
Honorable Mr. Civilian Judge,
Kind greeting,
Hence,
C/O L. R. T. F. Habeas corpus,
Mr. Judge,
I have received your letter on 8/8/2005, through military mail at camp delta, which stipulate the direction.
My master, the judge,
It was difficult for me to understand this letter or the direction because of the unavailability of personal representative that would assist me in such issue likes this, or a special attorney.
I informed you previously that I am requesting a personal representative but without any respond. In additional to that, my family in Iraq has no adequate financial situation and having difficulties to appoint an attorney for me.
I am hoping from your court to assist me appointing an attorney. So he could represent me and help me out before the court because I am just a prisoner that has difficulties understanding the international law for these matters.
I would say again to your majesty, to the honorable American government, to its allies, and to the respectable American people that I was neither your enemy at past, and nor in the present time or will be in the future. On the contrary, I wish that I would be one of the American nations but for my bad luck and being homeless had led me to this condition.
I would like to express my respect to the president of the United States of America and its allies, and the American people, and to your excellence Mr. the judge.

8-8-2005

ALI, AL TAIY


TN [IN ENGLISH]
Full name. ALI ABDUL MOTALIB AWEID HASSAN ALTAIY
Nationality - IRAQ
Place of birth – IRAQ – BAGHDAD

DATE OF BIRTH 2-10-1974
ISN (111)
CAMP DELTA CAMP EHCO ELCO 11


TN [IN ARABICE]

Full name. ALI ABDUL MOTALIB AWEID HASSAN ALTAIY
Nationality - IRAQ
Place of birth –IRAQ –BAGHDAD
DATE OF BIRTH 2-10-1974
ISN (111)
CAMP DELTA CAMP EHCO ELCO 11
AL TAYEE, ALI ABDUL MOTLIB AWAY HASAN

THE LETTER IN ARABIC LANGUAGE
ALI ABD AL MUTLAB AWAID HASEN AL TAIY

A

UNTITED STATES DISTRICT FOR THE DISTRICT OF COLUMBIA
333 CONSTITUTION AVENUE, N W
WASHINGTON, DC 20001


PAGE # 6
TN [is only a signature]

بسم الله الرحمن الرحيم

السيد القاضي المدني المحترم

تحية طيبة وبعد

بواسطة لاريت أث هيبيس كوربس

السيد القاضي - لقد أستلمت عن طريق البريد العسكري في كمب دلتا بتاريخ 8-8-2005 رسالتكم التي تنص على التوجيه سيدي القاضي لقد صعب عليه فهم هذه الرسالة أو التوجيه لعدم وجود ممثل شخصي يساعدني في مثل هذا الأمر أو محامي خاص ولقد طلبت عدة مرة بطلب الممثل الشخصي وكما أعلمتكم مسبقاً ولكن بدون أي أجابة ولضعف حالة أهلي المادية في العراق يصعب ومع حالتي لي ولهذا أرجو من سيادة محكمتكم مساعدتي وتوكيل محامي لكي يساعدني ويمثلني أمام المحكمة لأنني لست سوى سجين يصعب عليه فهم القانون الدولي وهذه الأمور.

ومرة أخرى أقول لسيادتكم وللحكومة الأمريكية المحترمة
وملفائها والشعب الأمريكي المحترم أني لم ألك عدوا لكم
ولست ظالماً ولا مستقبلاً ولكن على العكس أني أتمنى
أن أكون واحداً من الشعب الأمريكي ولكن لسوء حظي و
الفقر والتشرد الذي أدى بي لهذا لحال وأحترامي الى سيادة
رئيس الولاية المتحدة الأمريكية والحلفاء والشعب الأمريكي
ولكم سيدي القاضي المحترم.

8-8-2005
Ali ALTAIY

full name - ALI.ABDUL.MOTALIB.AWEID.HASSAN.ALTAIY

Nationality - IRAQ

Place of birth - IRAQ. Baghdad.

Date of birth - 2-10-1974

ISN - (111)

Camp - Delta.  camp Ehco - ELCO11.

الأسم الكامل - علي عبد المطلب عويد حسن الطائي

الجنسية - عراقي

مكان الولادة - العراق - بغداد

تاريخ الولادة - ٢/١٠/١٩٧٤

ISn - (111)

كمب دلتا - كمب أيكو أيكو 11