## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

FILED

OCT 2 4 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | | |
|---|---|---|
| ALI ADEL MOTALEB AWEID AL KHAIY, | ) ) ) | |
| Petitioner, | ) ) | |
| v. | ) ) | Civ. Action No. 05-1239 (RJL) |
| GEORGE WALKER BUSH, *et al.*, | ) ) | |
| Respondents. | ) ) | |
| ALI ABDULMOTALIB AWEID HASSAN ALTAIY, | ) ) ) ) | |
| Petitioner, | ) ) | |
| v. | ) ) | Civ. Action No. 05-1240 (RJL) |
| GEORGE WALKER BUSH, *et al.*, | ) ) | |
| Respondents. | ) ) | |

## ORDER

Respondents have notified the Court that Guantanamo Bay Detainee ISN 111 has filed petitions for writ of habeas corpus in each of the above-captioned cases. Given the pendency of two cases involving the same petitioner, this Court will dismiss the later-filed case, 05cv1240 (RJL), so that petitioner's case will proceed henceforth as part of 05cv1239 (RJL). *See* LCvR 40.3(d).

Accordingly, it is, this 2l8t day of October 2005, hereby

**ORDERED** that the Clerk's Office transfer petitioner's Motion to Appoint Counsel [#7], which was filed in *Altaiy v. Bush,* 05cv1240 (RJL), on the docket for *Khaiy v. Bush,* 05cv1239 (RJL) and enter it as filed on September 27, 2005; and it is further

**ORDERED** that the Clerk's Office thereafter close the case of *Altaiy v. Bush,* 05cv1240 (RJL).

**SO ORDERED.**

RICHARD J. LEON
United States District Judge